Cite as 2021 Ark. 122

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS JUDGES AND
LAWYERS ASSISTANCE PROGRAM
COMMITTEE

**Opinion Delivered** May 27, 2021

**PER CURIAM**

Hyginus Ukadike is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lay member, for a six-year term expiring May 27, 2027. He is replacing Senator Dan Sullivan, who has resigned.

The court extends its sincere appreciation to Mr. Ukadike for accepting appointment to this important committee. The court also expresses its gratitude to Senator Sullivan for his dedicated service to the committee.